No. 73–5239.   ABERCROMBIE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 73–5242.   BRUCE *v.* CACHERIS ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 73–5246.   HARRIS *v.* RHODE ISLAND.   Sup. Ct. R. I.   Certiorari denied.

No. 73–5247.   MILES *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 73–5248.   PALMER *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 73–5249.   MACK *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 73–5252.   SWEENEY *v.* HENDERSON, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 73–5253.   RESNICK *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 73–5254.   MCKINLEY *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 73–5255.   BACA *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 73–5262.   GIBSON *v.* ZIEGELE, PRISON SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 73–5263.   MITCHELL ET AL. *v.* UNITED STATES. C. A. 5th Cir.   Certiorari denied.

No. 73–5264.   LEWIS *v.* JOHNSON ET AL.   C. A. 3d Cir. Certiorari denied.